# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK VONSEYDEWITZ,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82193

FILED

JAN 15 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying an amended motion for return of seized property. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Because no statute or court rule permits an appeal from an order denying an amended motion for return of seized property in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                              Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-01408

cc:     Hon. Mary Kay Holthus, District Judge
        Frederick Vonseydewitz
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2